UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | MDTN No. 11-4093-JSB |
| vs. ) | EDTN Mag. No. 1-11-MJ-310 |
| ) | |
| JATAVIUS SANDERS ) | JUDGE CARTER |

MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on December 19, 2011, in accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure, on a Complaint and Warrant for Arrest out of the Middle District of Tennessee. Those present for the hearing included:

(1) AUSA Jay Woods for the USA.
(2) The defendant, JATAVIUS SANDERS.
(3) Attorney Anthony Martinez for defendant.
(4) Deputy Clerk Kelli Jones.

After being sworn in due form of law, the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

It was determined the defendant wished to be represented by an attorney and he qualified for the appointment of an attorney to represent him at government expense. Federal Defender Services of Eastern Tennessee, Inc. was APPOINTED to represent the defendant. It was ascertained defendant had been provided with a copy of the Warrant for Arrest and had the opportunity of reviewing those documents with his attorney. It was determined defendant was capable of being able to read and understand the copy of the aforesaid documents he had been provided.

AUSA Woods moved defendant be detained without bail pending a hearing in the Middle District of Tennessee.

Findings

(1) Explanation of Rules 5 and 5.1 of the Federal Rules of Criminal Procedure were made to the defendant. The defendant waived his preliminary hearing and asked to have his detention hearing in the charging district.

1

## Conclusions

It is ORDERED:

(1) Defendant shall be DETAINED WITHOUT BAIL pending his transfer to the Middle District of Tennessee.

(2) The U.S. Marshal shall transport defendant to the Middle District of Tennessee, for a hearing before the duty magistrate judge on a date to be determined once defendant is in said district's custody.

ENTER.

S /William B. Mitchell Carter
UNITED STATES MAGISTRATE JUDGE